# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 6,255.—STATE EX REL. THOR SIRE, RELATOR, *v.* DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT AND W. H. MEIGS, JUDGE THEREOF, RESPONDENTS.

Original application for Writ of Supervisory Control directed to the above court and judge requiring them to annul that certain order made in the cause entitled *G. Vandertunk, Plaintiff,* v. *Thor Sire and Louise Sire, Defendants,* striking the amended and substituted cross-complaint of said Thor Sire from the files, dated November 23, 1927.

Decided November 28, 1927.

PER CURIAM.—Relator's application for writ of supervisory control in the above cause is denied.